UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TREVIS TURNER and TARIRAI CHIVORE,

                                 Plaintiffs,

-against-

THE CITY OF NEW YORK, and NEW YORK CITY
POLICE OFFICERS JOHN DOES AND DETECTIVE
"JOE" COZART, individually and in their official
capacities,

                                 Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ 4779 (PKC)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

defendant City of New York and requests that all future papers in this action be served upon the

undersigned at the address stated below.

Dated:      New York, New York
            June 20, 2008

                    MICHAEL A. CARDOZO
                    Corporation Counsel of the
                     City of New York
                    *Attorney for Defendant City of New York*
                    100 Church Street
                    New York, New York 10007
                    (212) 788-0786

                    By:            /s/
                                Michael K. Gertzer

TO:    James I. Meyerson, Esq. (by ECF)