# MEMO ENDORSED



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MICHAEL K. GERTZER
Assistant Corporation Counsel
E-mail: mgertzer@law.nyc.gov
Phone: (212) 788-0786
Fax: (212) 788-9776

July 7, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

**BY FACSIMILE (212) 805-7949**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Travis Turner, et al. v. City of New York, et al., 08 Civ. 4779 (PKC)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter.

The initial conference is presently scheduled for July 18 at 12:30 p.m. Defendant City of New York respectfully requests that the conference be briefly adjourned to August 1, 2008 because of a scheduling conflict, namely I have a conference before Magistrate Judge Reyes in the Eastern District at 11:30 a.m. that day. Counsel for plaintiff consents to this request. I also note that the deadline for defendant to file its answer is not until August 12.

In the event that August 1, 2008 date is not convenient for this Court, I am also available July 28, 29 and 31.

*The conference is adjourned to August 8, 2008 at 11:45 a.m.*

Application Granted, *to that extent.*

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

July 14, 2008


Thank you for your consideration herein.

Respectfully submitted,

Michael K. Gertzer
Assistant Corporation Counsel

cc: (By facsimile (212) 513-1006)
James I. Meyerson, Esq.
64 Fulton Street, Suite 502
New York, NY 10038